DANIEL DOUGLASS et al., Doing Business under the Firm Name of DOUGLASS & HANN, Respondents, *v.* JOHN J. CARLIN et al., Appellants, Impleaded with Others.

*Douglass* v. *Carlin Construction Co.*, 149 App. Div. 856, affirmed.
(Argued January 23, 1914; decided February 10, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 4, 1912, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term in an action to foreclose a mechanic's lien.

*George H. D. Foster* for appellants.

*Alfred J. Gilchrist* and *Jacob Neu* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, COLLIN, CUDDEBACK, HOGAN and MILLER, JJ.